# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO A. MUNOZ,<br><br>Defendant. | Case No. 2:25-MJ-0247 DUTY<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☐     the appearance of defendant as required; and/or

☒     the safety of any person or the community.

//

//

//

The Court concludes:

☐ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk. The risk of nonappearance is based on:

☒ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk of danger is based on: instant allegations.

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 1/23/2025

/s/
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE